**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Fernando Gastelum,<br><br>    Plaintiff,<br><br>v.<br><br>11111 North 7th Street Property De LLC,<br><br>    Defendant. | **NO. CV-17-03017-PHX-GMS**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 25, 2018, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed.

                                          Brian D. Karth
                                        District Court Executive/Clerk of Court

May 25, 2018

                                          s/ Sara L. Quinones
                                 By   Deputy Clerk